NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DUDLEY L. DAVIS,                          )
                                          )
             Appellant,                   )
                                          )
v.                                        )          Case No. 2D18-1687
                                          )
STATE OF FLORIDA,                         )
                                          )
             Appellee.                    )
_____)

Opinion filed November 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Kimberly K.
Fernandez, Judge.


PER CURIAM.

        Affirmed.  See Davis v. State, 240 So. 3d 646 (Fla. 2d DCA 2017) (table

decision); Davis v. State, 93 So. 3d 1023 (Fla. 2d DCA 2011) (table decision); Harris v.

State, 777 So. 2d 994 (Fla. 2d DCA 2000).


KHOUZAM, MORRIS, and LUCAS, JJ., Concur.